# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2122  Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 153 DB 2014 |
| v. | : | |
| | : | Attorney Registration No.  33250 |
| MARK S. GALPER, | : | |
| Respondent | : | (Westmoreland County) |

## O R D E R

**PER CURIAM:**

**AND NOW**, this 14th day of January, 2015, upon consideration of the Recommendation of the Disciplinary Board dated December 5, 2014, it is hereby

ORDERED that Mark S. Galper is placed on temporary suspension pursuant to Pa.R.D.E. 208(f)(5), until further definitive action by this Court.  It is further ORDERED that Respondent shall comply with the provisions of Pa.R.D.E. 217.

This Order constitutes an imposition of public discipline within the meaning of Pa.R.D.E. 402, pertaining to confidentiality.